# Exhibit A



**Tri-State Paper Co.**
149 e, church st.
Blackwood, NJ  08012
215-455-4506
215-455-4509

**Statement**
*Page 1 of 1*
**6-Nov-2023**

*Customer*

THE ALE HOUSE
3570 WEST CHESTER PIKE
NEWTOWN SQUARE, PA  19073

| Account# | Total Due | Current |
|---|---|---|
| 1502 | $4,972.68 | $0.00 |

| 31-45 Days | 46-60 Days | 61-90 Days | 91-120 Days | 120+ Days |
|---|---|---|---|---|
| $0.00 | $0.00 | $0.00 | $0.00 | $4,972.68 |

| Invoice | Invoice Date | Due Date | Type | Invoice Amt | Amount Due | Status | P.O. Number |
|---|---|---|---|---|---|---|---|
| 2006468 | 22-Oct-20 | **22-Oct-20** | IN | $346.07 | **$144.77** | Delinquent | |
| 2006669 | 29-Oct-20 | **29-Oct-20** | IN | $83.55 | **$83.55** | Delinquent | |
| 2007256 | 19-Nov-20 | **19-Nov-20** | IN | $408.34 | **$408.34** | Delinquent | |
| 2007621 | 3-Dec-20 | **3-Dec-20** | IN | $303.83 | **$303.83** | Delinquent | |
| 2007807 | 10-Dec-20 | **10-Dec-20** | IN | $338.53 | **$338.53** | Delinquent | |
| 2008206 | 24-Dec-20 | **24-Dec-20** | IN | $231.08 | **$231.08** | Delinquent | |
| 2008393 | 31-Dec-20 | **31-Dec-20** | IN | $185.15 | **$185.15** | Delinquent | |
| 2008736 | 13-Jan-21 | **13-Jan-21** | IN | $459.47 | **$459.47** | Delinquent | |
| 2008975 | 21-Jan-21 | **21-Jan-21** | IN | $167.25 | **$167.25** | Delinquent | |
| 2009343 | 4-Feb-21 | **4-Feb-21** | IN | $366.66 | **$366.66** | Delinquent | |
| 2009551 | 11-Feb-21 | **11-Feb-21** | IN | $334.82 | **$334.82** | Delinquent | |
| 2009910 | 25-Feb-21 | **25-Feb-21** | IN | $450.94 | **$450.94** | Delinquent | |
| 2010326 | 11-Mar-21 | **11-Mar-21** | IN | $360.20 | **$360.20** | Delinquent | |
| 2010542 | 18-Mar-21 | **18-Mar-21** | IN | $361.78 | **$361.78** | Delinquent | |
| 2010957 | 1-Apr-21 | **1-Apr-21** | IN | $307.62 | **$307.62** | Delinquent | |
| 2029445 | 16-Feb-23 | **16-Feb-23** | IN | $155.95 | **$155.95** | Delinquent | |
| 2029919 | 9-Mar-23 | **9-Mar-23** | IN | $312.74 | **$312.74** | Delinquent | |