**United States Bankruptcy Court**
**Eastern District of Pennsylvania**

| | |
|---|---|
| In re: | Case No. 23-13237-pmm |
| Tri-State Paper, Inc. | Chapter 11 |
| Debtor. | |
| Tri-State Paper, Inc. | Adversary No. 23-00073-pmm |
| Plaintiff, | Related to ECF No. 1-2 |
| v. | |
| Bowling Green, Inc. | |
| Defendant. | |

**Certificate of Service**

     I, Michael A. Cibik, certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made. I further certify that the service of the summons and a copy of the complaint was made today, November 7, 2023, by regular, first-class United States mail, postage pre-paid, addressed to:

    Mary M. O'Connor
    Bowling Green, Inc.
    3546 West Chester Pike
    Newtown Square, PA 19073

     Under penalty of perjury, I declare that the foregoing is true and correct.

Date: November 7, 2023

                                                  /s/ Michael A. Cibik
                                                Michael A. Cibik (#330937)
                                                Cibik Law, P.C.
                                                1500 Walnut Street, Suite 900
                                                Philadelphia, PA 19102
                                                215-735-1060
                                                mail@cibiklaw.com