**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: :
Tri-State Paper, Inc.,                   Chapter 11
                                     :
        Debtor.                     Bky. No. 23-13237 (PMM)
                                     :

**OMNIBUS ORDER REOPENING NINE (9) ADVERSARY PROCEEDINGS, GRANTING RELIEF, AND RE-CLOSING ADVERSARY PROCEEDINGS**

**AND NOW**, upon consideration of the Debtor's Motions to Compel Discovery (the "Motions"), filed separately in each of nine (9) Adversary Proceedings (as listed in the footnote to this Order, collectively the "Adversary Proceedings");[1]

AND the Motions seeking to compel discovery from each of the Adversary Proceeding Defendants against whom judgment has previously been entered;

AND the Adversary Proceedings each having been closed following the entry of judgment against the Defendants;

AND upon a determination that the relief requested in the Motions is warranted;

It is hereby **ordered** that:

1) The Adversary Proceedings are **re-opened** for the purpose of determining the Motions;

2) The Motions are **granted**;

---

[1] This Order resolves the Motions to Compel Discovery in each of the following nine (9) Adversary Proceedings:
- 23-73 Tri State v. Bowling Green, Inc. (doc. #13)
- 23-80 Tri State v. Del Rossi's Cheesesteak Co., LLC (doc. #13)
- 23-82 Tri State v. Meglio, Inc. (doc. #18)
- 23-83 Tri State v. M and F, LLC (doc. #13)
- 23-86 Tri State v. Pizza Port, Inc. (doc. #13)
- 23-87 Tri State v.Nonna Rosa III, LLC (doc. #14)
- 23-93 Tri State v. Corinne's Place, LLC (doc. #15)
- 23-96 Tri State v. Holy Tomato, LLC (doc. #15)
- 23-97 Tri State v. Johny's Pizza of Cherry Hill, LLC (doc. #19)

3) Within fourteen (14) days of entry of the Order, the Defendants in each of the Adversary Proceedings must respond to the Plaintiff's Interrogatories; and

4) Upon entry of this Order granting relief, the Adversary Proceedings shall be **re-closed**.

Date:  6/3/24

**PATRICIA M. MAYER**
**U.S. BANKRUPTCY JUDGE**